# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| E.N. AND D.J.N., | : | No. 182 MAL 2020 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| K.C. AND M.C., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.